United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK M. SOTOUDEH,

    Plaintiff,

  v.

PANERA BREAD CO.,

    Defendant.
                                    /

No. C 10-01166 SI

**ORDER CLARIFYING JUNE 2, 2010 ORDER**

On June 6, 2010, plaintiff filed a request for clarification of this Court's June 2, 2010 Order granting him leave to file his proposed First Amended Complaint and, as a result of the amendment, granting plaintiff's motion to remand the action to Contra Costa County Superior Court. Plaintiff specifically requests that the Court advise where plaintiff should file his First Amended Complaint, by when must it be filed, and whether there are any other applicable deadlines to complete the remand of this action to state court.

The Court clarifies as follows:

Plaintiff should file his First Amended Complaint in this Court within two weeks of the date of this Order. After the amended complaint is on file, this Court will issue an order remanding the case to Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: June 15, 2010

                                                          SUSAN ILLSTON
                                                          United States District Judge